FILED: May 4, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1244
(3:14-cv-30548)
_____

STEEL OF WEST VIRGINIA, INCORPORATED; SWVA, INC.,

      Parties-in-Interest - Appellants,

v.

DAVID FRANK MCMELLON; EMILY CATHERINE MCMELLON,

      Debtors - Appellees,

ROBERT L. JOHNS

      Trustee - Appellee,

and

UNITED STATES TRUSTEE,

      Trustee.

_____

O R D E R
_____

Upon consideration of the unopposed motion for limited remand, the court

grants the motion. The court remands this case to the United States Bankruptcy Court for the Southern District of West Virginia for the limited purpose of review and approval, if appropriate, of a proposed settlement.

The parties are directed o file a status report 30 days from the date of this order and every 30 days thereafter.

The court grants the motion to place the case in abeyance pending completion of these proceedings in the district court.

For the Court

/s/ Patricia S. Connor, Clerk